83,377-01

Sept 1, 2015

IN THE COURT OF CRIMINAL APPEALS

OF TEXAS

NO. WR-83,377-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 08 2015

Abel Acosta, Clerk

IN RE: EUGENE HART, PLAINTIFF

ON APPLICATION FOR WRIT OF MANDAMUS

CAUSE NO. 509703-A IN THE 209TH DISTRICT COURT

FROM HARRIS COUNTY

DECLARATION FOR ENTRY OF DEFAULT

I, EUGENE HART T.D.C.J. #541604, hereby declare: I am the plaintiff herein. The Court files and record herein show that the 209TH DISTRICT COURT, HARRIS COUNTY, TEXAS was served by the COURT OF CRIMINAL APPEALS OF TEXAS, WITH AN ORDER to file and respond to plaintiff's Habeas Corpus on the 8th day July 2015.

More than 30 days has elaped since the ORDER was submitted. The 209th DISTRICT COURT, HARRIS COUNTY TEXAS have failed to answere or otherwise defend as to the C.C.A. ORDER to submit all documentation relating to the plaintiff's C.C.P. 11.07 Application for writ of habeas corpus.

I Eugene Hart T.D.C.J. #541604 declare under penalty of perjury that the foregoing in true and correct.

Executed on this the 1st day of September, 2015

SIGNED _Eugene Hart_

EUGENE HART #541604
MICHAEL UNIT 2664 FM 2054
TENNESSEE COLONY, TEXAS 75886



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-83,377-01

### IN RE EUGENE HART, Relator

## ON APPLICATION FOR A WRIT OF MANDAMUS
## CAUSE NO. 509703-A IN THE 209TH DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam.*

### ORDER

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in the 209th District Court of Harris County, that more than 35 days have elapsed, and that the application has not yet been forwarded to this Court.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Harris County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting a copy of a timely filed order which designates issues to be investigated (*see McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992)), or stating that

Relator has not filed an application for a writ of habeas corpus in Harris County. Should the response include an order designating issues, proof of the date the district attorney's office was served with the habeas application shall also be submitted with the response. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: July 8, 2015
Do not publish